IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARINA LOZOYA | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | CASE NO.  5:17-cv-191 |
| | § | |
| AMERICAN BANKERS INSURANCE | § | |
| COMPANY OF FLORIDA and JOE | § | |
| CASTILLO | § | |
|     DEFENDANTS | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants file this Notice of Settlement and respectfully notify the Court as follows:

On December 21, 2017, the parties agreed to settlement terms on this matter.  The parties are working on preparing settlement documents and will file a Joint Stipulation of Dismissal when the documents and disbursements are completed.  The parties are requesting that the case be removed from the Court's docket and the deadlines under the scheduling Order be abated.

    Respectfully submitted,

*/s/ April F. Robbins*
April F. Robbins
State Bar No. 16983470
arobbins@belaw.com

BRACKETT & ELLIS
A Professional Corporation
100 Main Street
Fort Worth, TX 76102-3090
(817) 338-1700
(817) 870-2265 Facsimile

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of December, 2017, a true and correct copy of the foregoing document was forwarded to all parties of record in accordance with the Federal Rules of Civil Procedure addressed as follows:

| | |
|---|---|
| Roy J. Elizondo<br>GREEN & BARTON<br>1201 Shepherd Drive<br>Houston, TX 77007 | E-Mail:  relizondo@GBTriallaw.com |

                                      /s/ April F. Robbins
                                      April F. Robbins